

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Carolyn Watson, Appellant

No. 06-14-00025-CV        v.

Good Shepherd Medical Center, Appellee

Appeal from the County Court at Law #2 of Gregg County, Texas (Tr. Ct. No. 2013-1958-CCL2). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Carter* participating. Concurring Opinion by Justice Moseley. *Jack Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings consistent with this opinion.

We further order that the appellee, Good Shepherd Medical Center, pay all costs of this appeal.

RENDERED JANUARY 15, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk